Robert ROYSTER, Petitioner

v.

DAVID DiGUGLIELMO, Respondent.

Supreme Court of Pennsylvania.

July 8, 2008.

**ORDER**

PER CURIAM.

AND NOW, this 8th day of July, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Habeas Corpus and the Application for Immediate Hearing on Petition for Writ of Habeas Corpus are **DENIED.**